## MIDDLETON v. MIDDLETON

No. 237P90

Case below: 98 N.C.App. 217

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

## MILLER v. MILLER

No. 212P90

Case below: 98 N.C.App. 221

Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 8 November 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

## MUT. BENEFIT LIFE INS. CO. v. CITY OF WINSTON-SALEM

No. 502P90

Case below: 100 N.C.App. 300

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## NEWTON v. UNITED STATES FIRE INS. CO.

No. 301P90

Case below: 98 N.C.App. 619

Petition by defendant (Guaranty Association) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## OMNI INVESTMENTS, INC. v. MILLER

No. 403P90

Case below: 99 N.C.App. 583

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.